No. 01–9128. BIRKHOLZ *v.* MONTANA ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. 

No. 01M57. BAYRAMOGLU *v.* GOMEZ ET AL.; and

No. 01M59. AMAYA *v.* UNITED STATES. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 00–878. MATHIAS ET AL. *v.* WORLDCOM TECHNOLOGIES, INC., ET AL. C. A. 7th Cir. [Certiorari granted, 532 U. S. 903.] Motions of respondents WorldCom Technologies, Inc., et al. and Illinois Bell Telephone Co., dba Ameritech Illinois, for leave to file supplemental briefs after argument granted. JUSTICE O'CONNOR took no part in the consideration or decision of these motions.

No. 00–1531. VERIZON MARYLAND INC. *v.* PUBLIC SERVICE COMMISSION OF MARYLAND ET AL.; and

No. 00–1711. UNITED STATES *v.* PUBLIC SERVICE COMMISSION OF MARYLAND ET AL. C. A. 4th Cir. [Certiorari granted, 533 U. S. 928 and 534 U. S. 1072.] Motion of respondents MCI WORLDCOM, Inc., et al. for leave to file second supplemental brief after argument granted. Motion of petitioner Verizon Maryland Inc. for leave to file supplemental brief after argument granted. JUSTICE O'CONNOR took no part in the consideration or decision of these motions.

No. 01–6978. EWING *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. [Certiorari granted, *ante*, p. 969.] Motion for appointment of counsel granted, and it is ordered that Quin Denvir, Esq., of Sacramento, Cal., be appointed to serve as counsel for petitioner in this case.

No. 01–9761. IN RE FERGUSON; and

No. 01–9872. IN RE CUREAUX. Petitions for writs of habeas corpus denied.